UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:21-cv-00186-TBR-LLK

JA'TAVIN B.                                                                                                              PLAINTIFF

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security                          DEFENDANT

## ORDER

The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein.

It is therefore ORDERED that the Commissioner's final decision is AFFIRMED, and Plaintiff's complaint is DISMISSED.

This is a final and appealable order, and there is no just cause for delay.

Thomas B. Russell, Senior Judge
United States District Court

July 14, 2022